# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

THORIS L. BURT,

      Plaintiff,

    v.                                         Case No.:  6:25-cv-01644-AGM-LHP

COGENT COMMUNICATIONS,
INC.,

      Defendant,

---

## ORDER
### (And Direction to Clerk)

Before the Court is Plaintiff's Notice of Filing Corrected Exhibits A and D and Request to Restrict Public Access to Previously Filed Unredacted Versions Pursuant to FRCP 5.2.  Doc. No. 19.  By the present motion, and pursuant to Federal Rule of Civil Procedure 5.2, Plaintiff seeks to redact his date of birth and driver's license number from two exhibits attached to Plaintiff's Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. No. 17).  The motion does not state whether Plaintiff conferred with opposing counsel, as required by Local Rule 3.01(g), however the Court does not require the benefit of a response to rule on the motion.

On review, the motion (Doc. No. 19) is **GRANTED in part**, to the extent that the Clerk of Court is **DIRECTED** to seal Exhibits A and D (Doc. Nos. 17-2, 17-5) to

-1-

Plaintiff's Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. No. 17). The Clerk of Court is **FURTHER DIRECTED** to file separately on the public docket the redacted versions of Exhibits A and D (Doc. Nos. 19-1, 19-2) which are attached to the present motion. *See* Fed. R. Civ. P. 5.2. *See also Williams v. Delray Auto Mall, Inc.*, 289 F.R.D. 697 (S.D. Fla. 2013) (Redaction of a driver's license number "is not a requirement, and the decision is left with the filer to make an informed decision as to whether to include or redact the information.").

Plaintiff, who is proceeding *pro se*, is advised that future filings that fail to comply in full with all applicable Local Rules may be stricken or summarily denied without further notice. *See Moon v. Newsome*, 863 F.2d 835, 836 (11th Cir. 1989) (A *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties