## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

THORIS L. BURT,

      Plaintiff,

    v.                            Case No.:  6:25-cv-01644-AGM-LHP

COGENT COMMUNICATIONS,
INC.,

      Defendant,

---

### ORDER

Before the Court is *pro se* Plaintiff's Third Renewed Motion for Permission to File Electronically.  Doc. No. 24.  On review, the motion will be **DENIED without prejudice**.

As the Court previously explained to Plaintiff, "[w]hile an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief."  *Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) (citations omitted).  Plaintiff's reliance on his "federally adjudicated SSDI disability, and the recurring out-of-pocket transportation costs of paper filing on a fixed disability income" (Doc. No. 24, at 1-2) are insufficient to

-1-

meet this standard, particularly where Plaintiff is silent as the availability of U.S. Mail, and has already been provided notices of electronic filing (Doc. No. 23). *See Clifft v. Sch. Dist. of Lee Cnty.*, No. 2:25-cv-345-JES-DNF, 2025 WL 3012038, at \*2 (M.D. Fla. Oct. 28, 2025), *reconsideration denied*, 2025 WL 3080533 (M.D. Fla. Nov. 4, 2025) (affirming denial of CM/ECF access to *pro se* litigants, finding that unpredictable delays and mail delivery risks, complexity of the case, and inability to obtain legal counsel did not rise to the level necessary to justify CM/ECF access); *Gerow v. Blackwell*, No. 8:24-cv-2280-KKM-NHA, 2024 WL 4679030, at \*1 (M.D. Fla. Nov. 5, 2024) ("Gerow has not shown that his case is out of the ordinary. The reasons he claims that he needs electronic filing—the cost of printing, the cost of postage, the additional time required to file paper documents, and the cost of PACER access—are common to all pro se litigants who file paper documents. If these burdens were enough to justify CM/ECF access, the exception would swallow the rule.").

**DONE** and **ORDERED** in Orlando, Florida on May 22, 2026.

_____

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties