**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

THORIS L. BURT,

Plaintiff,

v. Case No.: 6:25-cv-01644-AGM-LHP

COGENT COMMUNICATIONS, INC.,

Defendant,

---

## ORDER AND ORDER TO SHOW CAUSE

Before the Court is Defendant Cogent Communications, Inc.'s Motion for Clarification and Incorporated Memorandum of Law. Doc. No. 40. Upon review, the motion is **DENIED without prejudice** for failure to comply with the conferral requirements of Local Rule 3.01(g)(3). That said, to the extent Defendant is concerned about being forced to mediate twice, the Court clarifies that the mediation referral at Doc. No. 39 is a ministerial docket entry by the Clerk's Office, does not mandate early mediation, and does not duplicate or otherwise impact the deadlines set forth in the Case Management and Scheduling Order ("CMSO") (Doc. No. 37). In all other respects, the motion (Doc. No. 40) is **DENIED without prejudice.**

The Court notes with some concern Defendant's representations in the motion regarding its apparently deliberate choice not to comply with the Court's deadlines for filing Certificates of Interested Parties and Corporate Disclosure Statements as set forth in the CMSO, which is an Order of the Court, and despite Defendant's displeasure with it, remains an Order in full force and effect. *See* Doc. No. 40, at 2, n. 2. Given that the August 26, 2026 deadline has now passed, Defendant is hereby **ORDERED TO SHOW CAUSE IN WRITING within fourteen (14) days from the date of this Order** why Defendant should not be sanctioned for its apparently deliberate refusal to comply with a Court Order.

To the extent Defendant is concerned that complying with a lawful Court Order would somehow waive its arbitration rights, the Court does not so hold. Rather, the Court requires these Certificates/Statements in order to ascertain whether any conflicts exist such that the Court would have to recuse from the case pursuant to 28 U.S.C. § 455. Simply put, the Court cannot take under consideration Defendant's motion to compel arbitration until the question of potential conflicts is resolved. By this same deadline, Defendant is **ORDERED** to file the required Certificates of Interested Parties and Corporate Disclosure Statements. **This deadline will not be extended.**

**DONE** and **ORDERED** in Orlando, Florida on September 1, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties